IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA **FILED** CRIMINAL ACTION

v.

**JUN 27 2019**

MARIO CALDERON-MEDINA : No. 19-246-1
**KATE BARKMAN, Clerk**
By_____ Dep. Clerk

## ORDER

Upon independent review of the Report and Recommendation of U.S. Magistrate Judge

Timothy R. Rice, and the transcript of the guilty plea proceedings, it is ORDERED that the

Report and Recommendation is APPROVED and ADOPTED. I accept the guilty plea of Mario

Calderon-Medina entered on May 30, 2019. Sentence will be imposed on September 12, 2019 at

9:00 A.M. in Courtroom 14A.

BY THE COURT:

Juan R. Sanchez
Chief, U.S. District Court Judge